```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00278
    LINDA LEE GROSS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4376

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/08/2008 and was confirmed 02/27/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 09/01/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
COMMONWEALTH EDISON         UNSECURED            895.34           .00         895.34
EVERGREEN EMERGENCY SERV    UNSECURED            245.85           .00         245.85
BANK OF NEW YORK            NOTICE ONLY      NOT FILED            .00            .00
SANTANDER CONSUMER USA      SECURED NOT I    15792.04             .00            .00
MIDWEST PRIMARY             NOTICE ONLY      NOT FILED            .00            .00
COUNTRYWIDE HOME LENDING    NOTICE ONLY      NOT FILED            .00            .00
ADVANCE AMERICA             UNSECURED        NOT FILED            .00            .00
SBC                         UNSECURED        NOT FILED            .00            .00
SBC                         NOTICE ONLY      NOT FILED            .00            .00
SBC BANKRUPTCY DEPT         NOTICE ONLY      NOT FILED            .00            .00
PEOPLES ENERGY              UNSECURED        NOT FILED            .00            .00
PEOPLES GAS                 NOTICE ONLY      NOT FILED            .00            .00
COUNTRY INSURANCE & FINA    UNSECURED        NOT FILED            .00            .00
CUBSA INC                   UNSECURED        NOT FILED            .00            .00
LITTLE COMPANY OF MARY      NOTICE ONLY      NOT FILED            .00            .00
LITTLE COMPANY OF MARY      NOTICE ONLY      NOT FILED            .00            .00
CREDIT BUREAU ACCOUNTS      UNSECURED        NOT FILED            .00            .00
WELLGROUP HEATLTHPARTNER    NOTICE ONLY      NOT FILED            .00            .00
CUBSA INC                   UNSECURED        NOT FILED            .00            .00
CUBSA INC                   UNSECURED        NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS      NOTICE ONLY      NOT FILED            .00            .00
ENTERPRISE RENT A CARS      UNSECURED        NOT FILED            .00            .00
ENTERPRISE RENT A CAR       NOTICE ONLY      NOT FILED            .00            .00
PREMIER BANCARD CHARTER     UNSECURED            223.58           .00         223.58
LVNV FUNDING LLC            UNSECURED            376.36           .00         376.36
JEFFERSON CAPITAL SYSTEM    UNSECURED            213.25           .00         213.25
U I DEPT OF MEDICINE        UNSECURED        NOT FILED            .00            .00
UNIVERSITY OF IL HOSPITA    NOTICE ONLY      NOT FILED            .00            .00
EVERGREEN MEDICAL SPECIA    UNSECURED        NOT FILED            .00            .00
EVERGREEN EMERGENCY SERV    NOTICE ONLY      NOT FILED            .00            .00
EVERGREEN MEDICAL SPECIA    UNSECURED        NOT FILED            .00            .00
EVERGREEN MEDICAL SPECIA    UNSECURED        NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 00278 LINDA LEE GROSS
```

```
NICOR GAS                   UNSECURED      NOT FILED              .00               .00
NICOR GAS                   NOTICE ONLY    NOT FILED              .00               .00
LITTLE COMPANY OF MARY      UNSECURED      NOT FILED              .00               .00
SENEX SERVICES CORP         UNSECURED      NOT FILED              .00               .00
COMMONWEALTH EDISON         NOTICE ONLY    NOT FILED              .00               .00
COMED                       NOTICE ONLY    NOT FILED              .00               .00
LITTLE CO MARY HOSPITAL     NOTICE ONLY    NOT FILED              .00               .00
LARONDA JORDAN              NOTICE ONLY    NOT FILED              .00               .00
LEDFORD & WU                DEBTOR ATTY     2,554.40                          2,554.40
TOM VAUGHN                  TRUSTEE                                             392.09
DEBTOR REFUND               REFUND                                            1,503.97

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                6,404.84

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     1,954.38
ADMINISTRATIVE                                2,554.40
TRUSTEE COMPENSATION                            392.09
DEBTOR REFUND                                 1,503.97
                       ---------------       ---------------
TOTALS                 6,404.84               6,404.84
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
     Dated: 11/20/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```